UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jessica Monique Rowell,

    Plaintiff,

v.                                                          Civil No. 18-1653 (JNE/KMM)
                                                           ORDER

Commissioner of Health and
Human Services,

    Defendant.

On June 13, 2018, Plaintiff filed this action against Defendant and simultaneously applied to proceed *in forma pauperis*. ECF Nos. 1, 2. In a Report and Recommendation ("R&R") dated June 19, 2018, the Honorable Katherine M. Menendez, United States Magistrate Judge, recommended that the Court dismiss this action without prejudice and deny the application to proceed *in forma pauperis*. ECF No. 3. Plaintiff filed an objection but disputed no part of the R&R. ECF No. 4. The Court adopts the R&R. Therefore, IT IS ORDERED THAT:

1. This action [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

2. The application to proceed *in forma pauperis* [ECF No. 2] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 31, 2018

                                                                                    s/ Joan N. Ericksen
                                                                                    JOAN N. ERICKSEN
                                                                                    United States District Judge